IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV549-3-MU

| | |
|---|---|
| JOHNNY OLLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| TRAVIS BYRD; DENNIS MILLS; ) | |
| ROGER HALL; GARY MCKENNEY; ) | |
| DAVID SETZER; SID HARKLEROAD; ) | |
| and BOYD BENNETT, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** comes before the Court on its own motion. By Order dated December 19, 2008, this Court granted Plaintiff's Motion for the Appointment of Counsel (Doc. No. 4.) This Order serves to advise all parties that Ms. Melinda Vervais of Moore & Van Allen PLLC, 100 North Tryon St., Suite 4700, Charlotte. NC 28202-4003, is appointed to represented the Plaintiff. The Court directs Ms. Vervais to file a Notice of Appearance as soon as practicable.

**NOW, THEREFORE, IT IS HEREBY ORDERED that**

1. Ms. Melinda Vervais of Moore and Van Allen is appointed to represent the Plaintiff in this matter; and

2. Ms. Vervais shall file a Notice of Appearance in this case as soon as practicable

**SO ORDERED.**

Signed: January 9, 2009

Graham C. Mullen
United States District Judge