THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH
CAROLINA ASHEVILLE DIVISION

JOHNNY CALVIN OLLIS,

        Plaintiff,

v.

TRAVIS BYRD; DENNIS MILLS; ROGER HALL; GARY MCKINNEY; DAVID SETZER; SID HARKLEROAD; and BOYD BENNETT,

        Defendants.

No. 1:08CV549-3-MU

**ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, and for good cause shown,

IT IS HEREBY ORDERED that the deadlines set forth in Plaintiff and Defendants' discovery plan shall be extended three months and be as follows:

    a) All discovery shall be commenced in time to be completed by <u>March 18, 2010.</u>

    b)     Reports from retained experts under Rule 26(a)2 will be due:
        -from Plaintiff by <u>December 18, 2009</u>.
        -from Defendants by <u>January 18, 2009</u>.

    c) All potentially dispositive motions should be filed by <u>April 19, 2010</u>.

    d) Final lists of witnesses and exhibits under Rule 26(a)(3) are due:
        -from Plaintiff by <u>May 18, 2010</u>.
        -from Defendants by <u>June 18, 2010</u>.

Signed: September 3, 2009

Graham C. Mullen
United States District Judge