THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08cv549-3-MU

| | |
|---|---|
| JOHNNY OLLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| TRAVIS BYRD; DENNIS MILLS; ) | |
| ROGER HALL; GARY MCKENNEY; ) | |
| DAVID SETZER; SID HARKLEROAD; ) | |
| and BOYD BENNETT, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, and for good cause shown, the consent motion filed on December 7, 2009 (Doc. No. 35) is Granted.

IT IS HEREBY ORDERED that the deadlines set forth in the Court's September 3, 2009 Order shall be extended three months and be as follows:

a) All discovery shall be commenced in time to be completed by June 18, 2010.

b) Reports from retained experts under Rule 26(a)2 will be due:
-from Plaintiff by March 18, 2010.
-from Defendants by April 19, 2010.

c) All potentially dispositive motions should be filed by July 19, 2010.

d) Final lists of witnesses and exhibits under Rule 26(a)(3) are due:
-from Plaintiff by August 18, 2010.
-from Defendants by September 17, 2010.

**SO ORDERED**.

Signed: December 7, 2009

Graham C. Mullen
United States District Judge